```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
------------------------------ x
MARK ALTIER,
                                        Civil No. 3:16cv1962(AWT)
     Plaintiff,

v.

LINEMASTER SWITCH CORP.,

     Defendant.
------------------------------ x
```

**ORDER**

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before September 21, 2017.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 21, 2017.

The deadline set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 21st day of August, 2017.

                                    _____
                                          /s/AWT
                                      Alvin W. Thompson
                                  United States District Judge